# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 16, 2015

Robert P. Young, Jr.,
Chief Justice

150206

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

JENNY N. GLAUBIUS,
      Plaintiff-Appellee,

v

SC: 150206
COA: 318750
Macomb CC Family Division:
2012-004307-DM

JOHN A. GLAUBIUS,
      Defendant-Appellant.

_____/

On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of this appeal is considered, and the appeal is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 16, 2015



Clerk

t1013